UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEHMIDA BEGUM,<br><br>        Plaintiff,<br><br>    v.<br><br>USCIS DEPARTMENT,<br><br>        Defendants. | No. 2:17-cv-02375-JAM-KJN (PS)<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, who proceeds pro se, filed this action and requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) On November 20, 2017, the court granted plaintiff's application to proceed *in forma pauperis*, but also dismissed plaintiff's complaint with leave to amend. The court ordered plaintiff to "file either a first amended complaint in compliance with this order or a request for voluntary dismissal of the action without prejudice" within 28 days. (ECF No. 3.) Moreover, the court admonished plaintiff that "[f]ailure to timely comply with this order may result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b)." (Id.) Because plaintiff has failed to take any action since the court's order, it appears that she has chosen to abandon this action.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. The action be dismissed.

2. The Clerk of Court be directed to close this case.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO RECOMMENDED.

Dated: January 2, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ps.17-2375.begum.F&R dismissal